# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Anthony Gonzales, | 2:25-cv-01375-JAD-MDC |
| Plaintiff(s), | **ORDER GRANTING MOTION TO EXTEND TIME (ECF NO. 9)** |
| vs. | |
| Nye County, et al., | |
| Defendant(s). | |

Plaintiff Anthony Gonzales filed a *Motion to Extend Time For Service ("Motion")* for the two Nye County defendants. *ECF No. 9.* Shortly after filing the instant Motion, plaintiff filed proofs of service for both defendants. *ECF Nos. 7 and 8.* The Court thus grants plaintiff's Motion *post nunc tunc.*

**IT IS ORDERED** that plaintiff's *Motion to Extend Time for Service* (ECF No. 9) is **GRANTED** *post nunc tunc.*

IT IS SO ORDERED.

Date: December 3, 2025

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

1